JOHN L. MILLER, Respondent, *v.* HERMAN RAUB, Defendant, and JOHN H. SPRINGER, Appellant.

*Miller* v. *Raub*, 140 App. Div. 910, affirmed.
(Argued December 4, 1912; decided December 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 1, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*George W. Glaze* for appellant.

*Wilbur F. Earp* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.